**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
Email: mmatern@maternlawgroup.com
Joshua D. Boxer (SBN 226712)
Email: jboxer@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile:  (310) 531-1901

**MATERN LAW GROUP, PC**
Sara B. Tosdal (SBN 280322)
Email: stosdal@maternlawgroup.com
1330 Broadway, Suite 428
Oakland, California 94612
Telephone: (510) 227-3998
Facsimile:  (310) 531-1901

Attorneys for PLAINTIFF
JULIE SAMORA, individually and on
behalf of others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SAMORA and TIANA BEARD, individually and on behalf of others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE DENNIS EMERGENCY MEDICAL GROUP, INC., a California Corporation; TEAM HEALTH HOLDINGS, LLC, a Delaware corporation; and DOES 1 through 50,<br><br>Defendants. | CASE NO.: 5:20-cv-02027-BLF<br><br>[~~PROPOSED~~] ORDER GRANTING PRELIMINARY APPROVAL OF SUPPLEMENTAL CLASS ACTION SETTLEMENT<br><br>Date:      April 13, 2023<br>Time:      9:00 a.m.<br>Courtroom:   3 – 5th Floor |

-1-

[~~PROPOSED~~] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL

Plaintiffs Julie Samora and Tina Beard's ("Plaintiffs'") Motion for Preliminary Approval of Class Action Settlement came before this Court on April 13, 2023, the Honorable Beth Labson Freeman presiding. The Court, having considered the papers submitted in support of the motion of the parties, HEREBY ORDERS THE FOLLOWING:

1. The Court grants preliminarily approval of the proposed supplemental class action settlement set forth in the Addendum to the Joint Stipulation of Class Action Settlement and Release of Claims ("Addendum"), attached as Exhibit 1 to Declaration of Joshua D. Boxer;

2. The Court approves the proposed Supplemental Notice of Settlement of Class Action ("Class Notice") and Supplemetnal Request for Exclusion from Settlement and Exclusion from Individual Settlement Payment (collectively, the "Notice Packet") and the plan for distribution of the Notice Packet to Class Members;

3. The Court provisionally certifies the "Omitted Class Member" class for settlement purposes only;

4. The Court appoints Plaintiffs as Class Representatives;

5. The Court appoints Matthew J. Matern, Joshua D. Boxer, and Sara B. Tosdal of Matern Law Group, PC, as Class Counsel;

6. Phoenix Class Action Administration Solutions is hereby appointed as the Settlement Administrator; and

7. The Court schedules a Final Approval Hearing for August 3, 2023 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 13, 2023

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

MATERN LAW GROUP
1230 ROSECRANS
AVENUE, STE 200
MANHATTAN
BEACH, CA 90266

-2-    [Proposed] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL